BRADLEY & CURRIER CO., Appellant, v. LALLY, Respondent.

(Common Pleas of New York City and County, General Term. May 8, 1893.)

Action by the Bradley & Currier Company against James J. Lally.
Argued before BOOKSTAVER, BISCHOFF, and PRYOR, JJ.
G. F. Alexander, for appellant.
Theo. H. Friend, for respondent.
No opinion. Leave to appeal to the court of appeals denied, with $10 costs.
See 21 N. Y. Supp. 1044.

---

CARLSON, Respondent, v. WINTERSEN, Appellant.

(Common Pleas of New York City and County, General Term. May 8, 1893.)

Action by Louise Carlson against Marie F. Wintersen.
Argued before BOOKSTAVER, BISCHOFF, and PRYOR, JJ.
E. F. Bullard, for appellant.
H. M. Hitchings, for respondent.
No opinion. Motion for a reargument denied, with $10 costs. See 20 N. Y.
Supp. 897.

---

CHRIST, Respondent, v. CHETWOOD, Appellant.

(Common Pleas of New York City and County, General Term. May 8, 1893.)

Action by Bernard B. Christ against Henry C. Chetwood.
Argued before BOOKSTAVER, BISCHOFF, and PRYOR, JJ.
J. G. Ritter, for appellant.
H. G. Low, for respondent.
No opinion. Motion for leave to appeal to the court of appeals denied, with
$10 costs. See 20 N. Y. Supp. 841.

---

CONRAD et al. v. ROSENTHAL.

(Common Pleas of New York City and County, General Term. May 8, 1893.)

Action by Samuel Conrad and another against Joseph Rosenthal.
Argued before BOOKSTAVER, BISCHOFF, and PRYOR, JJ.
No opinion. Motion for leave to appeal to the court of appeals or for a
reargument denied, with $10 costs. See 20 N. Y. Supp. 632.

---

RIEGER, Respondent, v. SWAN, Appellant.

(Common Pleas of New York City and County, General Term. May 8, 1893.)

Action by John H. Rieger against William J. Swan.
Argued before BOOKSTAVER, BISCHOFF, and PRYOR, JJ.
No opinion. Motion for reargument denied, with $10 costs. See 22 N. Y.
Supp. 1128.